Before the Second Division, November 15, 1938

**No. 39847.**—Protest 476669–G of New York Merchandise Co., Inc. (New York).

Opinion by Dallinger, J. It was stipulated that the merchandise consists of boxes, trays, photo frames, candlesticks, vases, coasters, and atomizers chiefly used in the household for utilitarian purposes. The claim at 40 percent under paragraph 339 was therefore sustained.

**No. 39848.**—Protests 322404–G, etc., of Ferd. Bing & Co.'s Successors (New York).

Opinion by Dallinger, J. In accordance with stipulation of counsel atomizers, boxes, coupes, vases, inkstands, candelabra, table lamps, bottles, trays, plates, jardinieres, candlesticks, cups and vases, photo frames, baskets, pots, and bookends chiefly used on the table, in the kitchen, or in the household for utilitarian purposes were held dutiable at 40 percent under paragraph 339. *United States* v. *Friedlaender* (21 C. C. P. A. 103, T. D. 46445), *Dow* v. *United States* (id. 282, T. D. 46816), *Woolworth* v. *United States* (T. D. 47857), and *Rice* v. *United States* (T. D. 49373) followed.

**No. 39849.**—Protests 254314–G, etc., of New York Merchandise Co. (New York).

Opinion by Dallinger, J. It was stipulated that the articles in question are chiefly used in the household for utilitarian purposes. The claim at 40 percent under paragraph 339 was therefore sustained.

**No. 39850.**—Protests 960680–G, etc., of Gerstenzang-Werner Co., Inc., et al. (New York).

Opinion by Dallinger, J. It was stipulated that the merchandise consists of banks similar to those the subject of Abstract 38680. The claim at 40 percent under paragraph 339 as household utensils was therefore sustained.

**No. 39851.**—Protests 580356–G, etc., of Richard Hudnut (New York).

Opinion by Dallinger, J. It was stipulated that the merchandise consists of atomizers in chief value of metal, plated with silver, similar to those the subject of *Rice* v. *United States* (T. D. 49373). The claim at 50 percent under paragraph 339 was therefore sustained.

**No. 39852.**—Protest 572806–G of Wagner Watrous, Inc. (New York).

Opinion by Dallinger, J. It was stipulated that the merchandise consists of thermometers chiefly used in the household for utilitarian purposes. The claim at 40 percent under paragraph 339 was therefore sustained.